IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER JACKSON,

        Plaintiff,               No. 2:13-cv-0781 KJN P

   vs.

ALVARO TRAQUINA, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding without counsel or "pro se," has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee. <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). Therefore, plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; any application to proceed in forma pauperis must be prepared on the form provided with this order and must bear the case number assigned to this action; plaintiff's failure to comply with this order may result in the dismissal of this action; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED:  May 1, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jack0781.3a

```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10   WALTER JACKSON,
11              Plaintiff,                    No. 2:13-cv-0781 KJN P
12        vs.
13   ALVARO TRAQUINA, et al.,                 SUBMISSION OF
14              Defendants.                   IFP or FILING FEE
15   _____/
16        Plaintiff hereby submits the following document in compliance with the court's
17   order filed _____:
18        _____           IFP affidavit
19        _____           The appropriate filing fee
20   DATED:
21
22                                            _____
23                                            Plaintiff
24
25
26
```