UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER JACKSON,<br><br>           Plaintiff,<br><br>       v.<br><br>ALVARO TRAQUINA, et al.,<br><br>           Defendants. | No. 2:13-cv-0781 KJN P<br><br><br><br>ORDER |

By order filed November 17, 2014, plaintiff's second amended complaint was dismissed and thirty days leave to file a third amended complaint was granted. (ECF No. 13.) That order also provided, "Failure of plaintiff to timely file a Third Amended Complaint in accordance with this order will result in the dismissal of this action." (Id. at 8.) More than thirty days have now passed, and plaintiff has not filed a third amended complaint, or otherwise responded to the court's order.

Plaintiff previously consented to the jurisdiction of the undersigned in this matter. (ECF No. 4.)

Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: January 23, 2015

/jack0781.fta

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1