UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER JACKSON, | No. 2:13-cv-0781 KJN P |
| Plaintiff, | |
| v. | ORDER |
| ALVARO TRAQUINA, et al., | |
| Defendants. | |

On April 13, 2015, plaintiff filed a letter requesting clarification of what additional information is needed in this matter.  This civil rights action was closed on January 23, 2015.  Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated:  April 28, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/jack0781.58

1